Roslyn Klein Curtiss *v.* Estate of
Aaron Kaufman
(6065)

Daly, O'Connell and Foti, Js.

Argued April 14—decision released April 21, 1988

*Joel M. Ellis,* with whom, on the brief, was *William J. Butler,* for the appellant (plaintiff).

*Richard K. Snyder,* for the appellee (defendant).

Per Curiam. There is no error.